THE PEOPLE, *ex rel.* the Warsaw and Rockford Railroad Company, *v.* R. W. RICKEY.

After notice of intention to make application for a mandamus, ten days' service of the writ is sufficient.

THIS was an application for an alternative mandamus.

*Per Curiam.* After notice to the party of an intention to apply to this court for an alternative writ of mandamus, if the writ should be ordered, ten days' notice, by service of the writ, will be sufficient to compel the party to answer.

---

WARREN SMITH *v.* AUGUSTUS B. COATS.

A writ of error, and not by appeal, is the proper mode of bringing a question before the Supreme Court, in reference to taxation of costs upon a fee bill replevied.

THIS was a motion to dismiss an appeal, taken from the decision of the Circuit Court of Lake county, upon a fee bill replevied, that court having refused to reform certain items of the fee bill.

*Per Curiam.* The motion in this case must be sustained. An appeal does not lie from such a judgment.

The proper mode of relief is by writ of error.

*Motion sustained and appeal dismissed.*